

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-15-00191-CV |
| IN THE INTEREST OF M.H., | § | |
| | | Appeal from |
| A CHILD. | § | |
| | | 65th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 2014DCM1307) |
| | § | |

## **MEMORANDUM OPINION**

Pending before the Court is a motion filed by Appellant, A.B., to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer wishes to prosecute the appeal. We grant the motion and dismiss the appeal. All other pending motions are denied as moot. Because Appellant has been determined to be indigent, we make no order regarding costs.

September 23, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.